IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOSEPH CONDIT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 2:11-00602-KD-N** |
| | ) |
| **RAILAMERICA, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 24, 2012, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that plaintiff's motion to remand is **GRANTED** but that plaintiff's motion for attorney's fees with costs is **DENIED**.

The Clerk is hereby directed to take such steps as are necessary to transfer this case to the Circuit Court of Wilcox County, Alabama, from whence it was improperly removed.

**DONE** this 10th day of February, 2012.

                                           /s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**